UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 3:92CR00070-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| NOEL EDWARD PLUNKETT, JR. | ) | |

It now appearing to the court that the said Noel Edward Plunkett, Jr. died on or about January 20, 2002. At which time a remaining liability existed in the amount of $4,418.00

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the __26th__ day of __July__, 2011

_____
James C. Fox
U.S. District Court Judge